EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

FILED

AUG 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WENDAL JOSEPH MAGRAFF, | CIV S 07-1121 LKK KJM P |
|---|---|
| Petitioner, | **ORDER RE SEALED EXHIBITS** |
| v. | |
| ROBERT AYERS, Warden, | |
| Respondent. | |

On motion of respondent and good cause having been shown, the Clerk is directed to receive the following exhibits from respondent under seal:

   EXHIBIT E - Reporter's Transcript, 2 Vols.

   EXHIBIT H - Probation Report with Attachments.

Dated: 8/13/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

Order re Sealed Exhibits - *Magraff v. Ayers* - CIV S 07-1121 LKK KJMP