IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF,

    Petitioner,                    No. CIV S-07-1121 KJM P

    vs.

ROBERT AYRES,

    Respondent.                  ORDER

_____/

        Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On July 15, 2010, the court received from plaintiff a notice of change of address.  See Docket No. 29.  However, no physical address appears in the written notice, and the notice indicates that plaintiff is no longer in the custody of the California Department of Corrections and Rehabilitation.[1]  Under Local Rule 183, petitioner must keep the court apprised of his actual address.  Failure to do so may result in dismissal of petitioner's action without prejudice.  See Local Rule 183(b).

---

[1] Petitioner's notice only references "the Clean and Sober Living Home" as his new address, without providing a street, city or zip code.  It is the policy of the Clerk of Court to dispose of all envelopes in which papers for filing are delivered, so the court is without any other material that might have included the proper physical address.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff has twenty-one days from
2 the date of this order in which to apprise the court of his current address.
3 DATED: August 25, 2010.

_____
U.S. MAGISTRATE JUDGE

4
magr1121.ord