IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF,

    Petitioner,               No. CIV S-07-1121 LKK KJM P

   vs.

ROBERT AYERS,

    Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. His motion to amend his petition and his proposed amended petition are before the court. See Docket No. 26. Respondent has not stated any opposition to the proposed amended petition.

        The court is required to screen petitions for habeas relief, including proposed amended petitions, under 28 U.S.C. § 1915A(a). Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to amend the petition (Docket No. 26) is granted.

2. Respondents shall file a response to the amended petition within sixty days of the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition, or, if such documents are already on file with the court, shall clearly refer to those documents. See Rule 5, Fed. R. Governing § 2254 Cases.

3. If the response to the amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

4. If the response to the amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter.

DATED: September 30, 2010.

_____
U.S. MAGISTRATE JUDGE

4
magr1211.ord

2