IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF

    Petitioner,                    No. CIV S-07-1121 LKK DAD (TEMP) P

    vs.

ROBERT AYRES

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a former state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 25, 2011, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Local Rule 230(c) requires a party to file an opposition or statement of non-opposition in response to a motion. Failure to oppose a motion to dismiss may be deemed a failure by petitioner to prosecute his case and result in dismissal under Federal Rule of Civil Procedure 41(b). Therefore plaintiff will have a final opportunity in which to file an opposition.

/////

/////

/////

/////

1

1  IT IS THEREFORE ORDERED that petitioner has thirty days from the date of
2  this order in which to file an opposition to the motion to dismiss or statement of non-opposition.
3  DATED: July 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
magr1121.osc