IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF,

    Petitioner,                    No. CIV S-07-1121 LKK CKD P

    vs.

ROBERT AYRES,

    Respondent.                  ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 25, 2011, respondent filed a motion to dismiss. On July 11, 2011, petitioner was granted a thirty-day extension of time to file his opposition. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's February 25, 2011, motion to dismiss should not be granted.

Dated: August 24, 2011

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

3 - magr1121.46

1