IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF,

    Petitioner,                    No. CIV S-07-1121 LKK CKD P

    vs.

ROBERT AYRES,

    Respondent.                   <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order August 24, 2011, petitioner was ordered to show cause, within twenty-one days, why respondent's February 25, 2011, motion to dismiss should not be granted. The twenty-one day period has now expired, and petitioner has not responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised

1

1 that failure to file objections within the specified time may waive the right to appeal the District
2 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

 Dated: September 22, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
magr1121.fsc